**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-7845

_____

MICHAEL A. WHITE,

Plaintiff - Appellant,

versus

CITY OF CHARLESTON POLICE DEPARTMENT, Unknown
Defendant; RUEBEN GREENBERG,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   R. Bryan Harwell, District Judge.
(CA-03-382-8-27)

_____

Submitted:  March 30, 2005          Decided:  June 22, 2005

_____

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael A. White, Appellant Pro Se.  Eugene Patrick Corrigan, III,
GRIMBALL & CABANISS, Charleston, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael A. White appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See White v. Greenberg, No. CA-03-382-8-27 (D.S.C. Oct. 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED